358 A.2d 78
Cambria Savings and Loan Association v.
Alwine et ux., et al., Appellants.

Argued April 12, 1976.  Edward G. Kuyat, Jr., with him Kuyat & Walker, for appellants;  Richard J. Green, Jr., for appellee.

Order and decree affirmed.

358 A.2d 62
Carr v. Carr, Appellant.

Argued April 16, 1976.  Chris F. Gillotti, with him King, Bowman & Hanna, for appellant; John L. Bailey, with him Robert Raphael and Frederick N. Frank, for appellee.

Order affirmed.